EXEL NELSON ENGINEERING, L.L.C., Patrick L. Nelson, and Food Equipment Engineering & Design, Inc., Plaintiffs–Appellants,

v.

SHURFLO PUMP MANUFACTURING CO., Defendant–Appellee,

and

Anheuser–Busch, Incorporated, Defendant–Cross Appellant.

No. 01–1174, 01–1184.

United States Court of Appeals, Federal Circuit.

March 27, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).